■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERCIVAL GILCHREST, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered November 7, 1979, upon resentence, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence. Judgment affirmed. There is no reasonable view of the evidence which would support a defense of justification. Accordingly, no error was committed by the trial court's refusal to charge the jury with respect to such defense. Mollen, P.J., Margett, O'Connor and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO HERNANDEZ, Appellant. — Appeal by defendant, as limited by his motion, from a resentence of the County Court, Nassau County, imposed February 22, 1980. Resentence affirmed. No opinion. Lazer, J.P., Mangano, Gibbons and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK RODRIGUEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 28, 1979, convicting him of robbery in the second degree, on his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Accordingly, counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Mollen, P.J., Hopkins, Damiani and Titone, JJ., concur.